IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| ALYSE NICOLE FRANKLIN | |
| | Case No: 25-50024 |
| Debtor | Dated: 03/05/2025 |

**DEBTOR ATTORNEY: ALLMAND LAW FIRM PLLC**

---

## TRUSTEE'S NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE
## FOR DISMISSAL PURSUANT TO GENERAL ORDER 2023-04 (Section 3. b, c & d-1)

---

Notice is hereby given to the above named Debtor and Debtor Attorney that the Trustee intends to certify the above named Chapter 13 case for Dismissal on <u>March 12, 2025</u> for the reasons noted below:

Debtor did not pay to the Trustee the first payment due in the amount of $500.00 within 30 days of the petition date or date converted to Chapter 13. General Order 2023-04 (3)(c).

---

**FAILURE TO CURE ANY OR ALL OF THE DEFICIENCIES NOTED ABOVE WITHIN <u>7 DAYS</u> OF THE DATE OF THIS NOTICE SHALL SUBJECT THIS PETITION TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE PURSUANT TO GENERAL ORDER 2023-04 SECTION 3. b, c & d-1.**

---

/s/ Marc McBeath
_____
Marc McBeath, Bar # 13328600
Staff Attorney
Katherine L. Davis
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail. This document was also served upon William T. Neary, United States Trustee, by electronic service.

ALYSE NICOLE FRANKLIN
510 W 2ND ST
HALE CENTER, TX  79041

ALLMAND LAW FIRM PLLC
860 AIRPORT FREEWAY  STE 401
HURST, TX  76054

Barrett Daffin Frappier Turner & Engel
4004 Belt Line Rd Ste 100
Addison, TX  75001-4320

Date: 03/05/2025

/s/ Marc McBeath
Marc McBeath, Staff Attorney
Katherine L. Davis, Trustee